AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Julius Pinkerston,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV614-68, CR606-26,

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 8/19/14, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying the 2255 motion.

8/19/14
*Date*

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03